# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2185

_____

Sally Harrison,                  *

                                 *

            Appellant,      *

                                 *    Appeal from the United States

      v.                     *    District Court for the Eastern

                                 *    District of Arkansas.

Kenneth S. Apfel, Commissioner,   *

Social Security Administration,     *      [UNPUBLISHED]

                                 *

            Appellee.       *

_____

Submitted: March 30, 1999
Filed: April 1, 1999

_____

Before FAGG, HANSEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Sally Harrison appeals the district court's grant of summary judgment affirming the Social Security Commissioner's decision to deny Harrison's applications for disability insurance benefits and supplemental security income. Having carefully reviewed the record and the parties' briefs, we conclude the decision of the Commissioner is supported by substantial evidence and Harrison is not disabled. Because an extended opinion would serve no useful purpose in this fact-intensive case, we affirm the district court without further discussion. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.